1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Darren Gilbert

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  DARREN GILBERT,                    )  No. 1:22-cv-01305-BAM
                                       )
12              Plaintiff,             )  **STIPULATION FOR CONTINUANCE OF**
                                       )  **MANDATORY SCHEDULING**
13       vs.                           )  **CONFERENCE; [PROPOSED] ORDER**
                                       )
14  OAKDALE SHOPPING CENTER L.L.C., et )
    al.;                               )
15                                     )
                                       )
16              Defendants.            )
                                       )
17  _____   )

18

19       **WHEREAS,** a Mandatory Scheduling Conference in this matter is set for January 24,

20  2023 (Dkt. 3);

21       **WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff") has been unable to serve defendant

22  Oakdale Shopping Center L.L.C. with the Summons and Complaint despite diligent efforts and

23  has requested a 60-day extension of time to complete service (Dkt. 16), and is continuing

24  diligent efforts to serve the defendant;

25       **WHEREAS,** because Defendant Oakdale Shopping Center L.L.C. has not been served

26  nor appeared in the action, the parties have not had the opportunity to complete the Rule 26

27  conference between counsel;

28  //

**NOW, THEREFORE,** it is hereby stipulated by and between Plaintiff and Defendants, Monica Diane Willey dba Gold Dust Pizza and Best Deal Food Company, Inc. dba Cost Less Food Company, the parties who have appeared in this action, by and through their counsel of record, that the Mandatory Scheduling Conference set for January 24, 2023 be continued to a date on or after March 24, 2023, at the Court's convenience.

**IT IS SO STIPULATED.**

Dated: January 17, 2023                         MOORE LAW FIRM, P.C.


                                                */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorney for Plaintiff,
                                                Darren Gilbert



Dated: January 17, 2023                         GIANELLI | NIELSEN, APLC


                                                */s/ Eric T. Nielsen*
                                                Eric T. Nielsen
                                                Attorneys for Defendant,
                                                Monica Diane Willey dba Gold Dust Pizza



Dated: January 17, 2023                         FISHER & PHILLIPS LLP


                                                */s/ Evan E. Kroll*
                                                Nathan V. Okelberry
                                                Evan E. Kroll
                                                Attorneys for Defendant,
                                                Best Deal Food Company, Inc.

1

## <u>ORDER</u>

2

The Parties having so stipulated and good cause appearing, it is ordered as follows:

3

1.      The Mandatory Scheduling Conference currently scheduled for January 24, 2023

4

is continued to **April 6, 2023 at 9:00 AM in Courtroom 8 (BAM) before United States**

5

**Magistrate Judge Barbara A. McAuliffe.**

6

2.      The parties shall file a joint scheduling report seven days prior to the conference.

7

IT IS SO ORDERED.

8

9

Dated:   **January 18, 2023**                    /s/ Barbara A. McAuliffe

10

UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
[PROPOSED] ORDER