UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OAKDALE SHOPPING CENTER LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:22-cv-01305-ADA-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 28) |

On April 3, 2023, the parties filed a stipulation to continue the Scheduling Conference currently set for April 6, 2023. (Doc. 28.) The parties explain that Defendant Oakdale Shopping Center LLC filed an answer on February 20, 2023. At that time, the Scheduling Conference was set, but counsel for Defendant Oakdale Shopping Center LLC was already scheduled for a trip out of the country, leaving April 6, 2023, and returning on April 20, 2023. The parties now agree to continue the scheduling conference until May 2023. (*Id.*)

Having considered the parties' stipulation, and cause appearing, the Scheduling Conference currently set for April 6, 2023, is CONTINUED to **May 3, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are

not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **April 4, 2023**                         /s/ *Barbara A. McAuliffe*            
                                             UNITED STATES MAGISTRATE JUDGE